NEW YORK DOCK COMPANY, Plaintiff, v. THE CITY OF NEW YORK, Respondent; MORRIS & CUMINGS DREDGING CO., INC., and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

HARRY PAPPAS, Respondent, v. OLD LANDMARK, INC., Appellant. KOSTAS TERPAS, Respondent, v. OLD LANDMARK, INC., Appellant. CHARLES ZACHARIAS, Respondent, v. OLD LANDMARK, INC., Appellant. ZOIS GALIPHAS, Respondent, v. OLD LANDMARK, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HIRSCHBERG, District Attorney of Orange County, Appellant, v. ORANGE COUNTY COURT; Hon. HENRY B. MERRITT, Special County Judge of Orange County, and Others, Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

JACOB VOGEL, Appellant-Respondent, v. ISIDOR P. EISENBERG, Respondent-Appellant.— Motion of appellant Eisenberg for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

MAURICE WALTER, Respondent, v. ALEXANDER M. CRANE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.